No. 00-1531. VERIZON MARYLAND INC. v. PUBLIC SERVICE COMMISSION OF MARYLAND ET AL.; and
No. 00-1711. UNITED STATES v. PUBLIC SERVICE COMMISSION OF MARYLAND ET AL. C. A. 4th Cir. [Certiorari granted, 533 U. S. 928 and *ante*, p. 1072.] Motion of New Jersey et al. for leave

to consider *amici curiae* brief filed in *Mathias et al.* v. *WorldCom Technologies, Inc., et al.*, No. 00–878 [certiorari granted, 532 U. S. 903], as *amici curiae* brief in these cases granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.